# 2021CV0021 McCoy, Cedric vs. Loves Travel Stops & Country Stores Inc JMK

- Case Type:
- Civil
- Case Status:
- Open
- File Date:
- 01/15/2021
- Action:
- Other Tort
- Status Date:
- 01/15/2021
- Case Judge:
- Kuhlman, Joel M

**All Information | Party | Docket | Receipt | Disposition**

## Docket Information

| Date | Description | Docket Text | Image Avail. |
|---|---|---|---|
| 01/15/2021 | Deposit paid by | Deposit paid by attorney Steven Recht on behalf of Cedric Mccoy. Receipt: 294288 Date: 01/15/2021 | |
| 01/15/2021 | Civil Filing Fee | Civil Filing Fee Receipt: 294288 Date: 01/15/2021 | |
| 01/15/2021 | Complaint | Complaint with Jury Demand and Praecipe for service via Certified Mail (3:29) Attorney: Recht, Steven M (64734) | Image |
| 01/15/2021 | Praecipe | Praecipe for service of summons and complaint via Certified Mail, return receipt requested (3:29) Attorney: Recht, Steven M (64734) | Image |
| 01/15/2021 | Case Designation Form | Case Designation Form-marked 'Other Tort', not previously filed and dismissed. (3:29) Attorney: Recht, Steven M (64734) | Image |
| 01/20/2021 | Copies | Copy of Complaint for service | |
| 01/20/2021 | Writs - Calculated and Fees Attached | Writs - Calculated and Fees Attached | |
| 01/20/2021 | Certified Mail Issued | Issue Date: 01/20/2021<br>Service: Summons on Complaint Issued<br>Method: Neopost Certified Mail<br>Cost Per: $5.60<br><br>Loves Travel Stops & Country Stores Inc<br>c/o CT Corporation System<br>440 Easton Commons Way Ste 125<br>Columbus, OH 43219<br>Tracking No: N000000000000045050 | |
| 01/20/2021 | Writ Attached - Summons on Complaint | Writ Attached - Summons on Complaint<br><br>Summons on Complaint (N)<br>Sent on: 01/20/2021 11:01:40.86 | Image |

| Date | Description | Docket Text | Image Avail. |
|---|---|---|---|
| 01/27/2021 | Successful Service | Successful Service<br>Method : Neopost Certified Mail<br>Issued : 01/20/2021<br>Service : Summons on Complaint Issued<br>Served : 01/22/2021<br>Return : 01/27/2021<br>On : Loves Travel Stops & Country Stores Inc<br>Signed By : Daniel D Kelley (11:14)<br><br>Reason : Successful<br>Comment : 4400 Easton Comm Ste 125<br><br>Tracking #: N000000000000045050 | Image |

ELECTRONICALLY-FILED
WOOD COUNTY COMMON PLEAS COURT
Friday, January 15, 2021 3:29:45 PM
2021CV0021 - Joel M Kuhlman
DOUGLAS F. CUBBERLEY
CLERK OF COURTS WOOD COUNTY OHIO

# IN THE COURT OF COMMON PLEAS OF WOOD COUNTY, OHIO

| | |
|---|---|
| CEDRIC MCCOY<br>2816 Washington Street, Apt. C<br>Camden, NJ 08105,<br><br>*Plaintiff,*<br><br>v.<br><br>LOVE'S TRAVEL STOPS &<br>COUNTRY STORES, INC.<br>c/o CT Corporation System<br>4400 Easton Commons Way, Ste. 125<br>Columbus, OH 43219<br><br>*Defendant.* | ) CASE NO.: _____<br>)<br>) JUDGE: _____<br>)<br>) **COMPLAINT WITH DEMAND**<br>) **FOR TRIAL BY JURY ENDORSED**<br>) **HEREON**<br>)<br>)<br>) Steven M. Recht, Esq. (0064734)<br>) Recht Law Offices<br>) 3405 Main St.<br>) Weirton, WV 26062<br>) Tel: (304) 748-5850<br>) Fax: (304) 748-6019<br>) Email: smr@rechtlaw.com<br>) Counsel for Plaintiff |

Comes now the Plaintiff, by and through undersigned counsel, and for his Complaint against Defendant, represents to this Honorable Court as follows:

1) That at all times relevant to the within action, the Plaintiff, Cedric McCoy, was a resident of 2816 Washington Street, Apt. C, Camden, NJ;

2) That upon information and belief, at all times relevant to the within action, the Defendant, Love's Travel Stops & Country Stores, Inc., was and is an Oklahoma corporation authorized to conduct business in the State of Ohio, which owned and/or leased, operated, controlled and was responsible for the premises located at 26530 Baker Road in Perrysburg,

Lake Township, Wood County, Ohio, commonly known as Love's Travel Stops & Country Stores, Inc., (hereinafter referred to herein as "Love's" or "Defendant Love's"), for the purpose of conducting business operations thereon;

3) That jurisdiction and venue are proper in this Court as Wood County, Ohio, is the county in which all of Plaintiff's claims as delineated herein arose;

## FIRST CAUSE OF ACTION

4) Plaintiff incorporates by reference Paragraphs 1 through 3 of his Complaint as if fully set forth herein.

5) That on or about the 23rd day of January, 2019, Defendant Love's did invite the general public, including the Plaintiff, Cedric McCoy, to enter its business premises located at 26530 Baker Road in Perrysburg, Lake Township, Wood County, Ohio, commonly known as Love's Travel Stops & Country Stores, Inc.;

6) That on or about the 23rd day of January, 2019, the Plaintiff, Cedric McCoy, was present as such an invitee on Defendant Love's property/business premises located at 26530 Baker Road in Perrysburg, Lake Township, Wood County, Ohio, when he drove his truck onto said premises and parked the same in a line of trucks in an area so designated for parking of such vehicles;

7) That on or about the 23rd day of January, 2019, unknown to Plaintiff, there existed a dangerous, unsafe, and hazardous condition created by Defendant Love's by the said Defendant's failure to properly remove and/or treat unnatural accumulations of ice from the parking lot area such as to create a slipping hazard;

8) That on or about the 23rd day of January, 2019, that as a direct and proximate

2

result of Defendant Love's failure to properly remove and/or treat unnatural accumulations of ice from the parking lot area where Plaintiff had parked, Defendant Love's improperly maintained the aforesaid parking area, creating a dangerous condition for its patrons and those parking trucks in the said designated parking area, and Defendant knew of said condition, or, in the ordinary course of business, ought to have known of the presence of said condition of the parking area;

9) That on or about the 23rd day of January, 2019, Defendant Love's failed to provide warning of the aforesaid dangerous condition to all persons who reasonably might be expected and/or were using said area;

10) That on or about January 23, 2019, by failing to properly maintain its premises as delineated herein, and/or warn about the aforesaid dangerous condition, Defendant Love's carelessly, negligently, and otherwise improperly operated the premises located at 26530 Baker Road, Perrysburg, Lake Township, Wood County, Ohio, and thereby created an unforeseeable hazard for their invitees;

11) As a direct and proximate result of this dangerous, unsafe, and hazardous condition caused by Defendant Love's, on or about the 23rd day of January, 2019, when Plaintiff, Cedric McCoy, parked his truck in a line of vehicles and in an area so designated for parking by Defendant Love's, unbeknownst to Plaintiff, Cedric McCoy, the parking space and adjacent area was covered with ice, and when Plaintiff, Cedric McCoy, exited his vehicle to proceed in the parking lot to the store's entrance/exit, he immediately slipped and fell on the ice, causing him to sustain serious, severe, and permanent injuries;

12) Plaintiff Cedric McCoy's injuries and damages were caused by and were the

3

direct and proximate result of some or all of the following negligent, wrongful acts, or omissions of Defendant Love's:

- a. Failure to provide invitees of Defendant Love's premises located at 26530 Baker Road, Perrysburg, Lake Township, Wood County, Ohio, with a safe environment;
- b. Causing and/or permitting the unnatural accumulation of ice, thus creating a dangerous, unsafe and hazardous condition to exist;
- c. Improperly maintaining the area of the business' parking lot, causing an unnatural accumulation of ice to cover the designated parking area, as to create a slipping hazard to those invitees parking in said spaces and others;
- d. Failure to provide adequate warning or other notification to all persons who might be walking in said area when Love's knew or should have known of the dangerous condition and that such condition would create a serious risk of injury to persons walking in said area;
- e. Failing to otherwise exercise that regard and care for the rights and safety of Plaintiff Cedric McCoy required of Love's under the law; and
- f. Otherwise carelessly, negligently and improperly operating the said Love's Travel Stops & Country Stores, Inc., located at 26530 Baker Road, Perrysburg, Lake Township, Wood County, Ohio;

13) As a direct and proximate result of the aforesaid negligence of Defendant Love's and by reason of the aforementioned premises, Plaintiff, Cedric McCoy, suffered numerous

physical injuries, which physical injuries have caused and will continue in the future to cause the Plaintiff, Cedric McCoy, great pain, discomfort, mental, emotional and psychological distress and anxiety, disruption of life's activities and inconvenience, lost wages, loss of his ability to perform the basic functions of life and loss of the ability to enjoy life, and have required and will continue in the future to require Plaintiff, Cedric McCoy, to undergo medical and surgical treatments and physical therapy in an attempt to alleviate his pain and suffering and have caused and will continue in the future to cause Plaintiff, Cedric McCoy, to pay out and expend great sums of money for doctors, medical and nursing care in and about endeavoring to cure himself of said injuries, all to the damage of this Plaintiff.

WHEREFORE, Plaintiff prays that he may have and recover judgment against the Defendant Love's for compensatory damages, including pre and post judgment interest and costs, in an amount in excess of Twenty-five Thousand Dollars ($25,000). Further, Plaintiff requests any additional other relief, general or specific, which is deemed just and proper.

Respectfully submitted,

*[signature]*

STEVEN M. RECHT, ESQ.
RECHT LAW OFFICES
3405 Main Street
P.O. Box 841
Weirton, WV 26062
Phone: (304) 748-5850
Fax: (304) 748-6019
Email: smr@rechtlaw.com
OH Reg. No. 0064734
Counsel for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable herein.

_____
STEVEN M. RECHT, ESQ.
Counsel for Plaintiff

## PRAECIPE

Please serve the Defendant by certified mail, return receipt requested, at the following address:

> Love's Travel Stops &
> Country Stores, Inc.
> c/o CT Corporation System
> 4400 Easton Commons Way
> Suite 125
> Columbus, OH 43219

_____
STEVEN M. RECHT, ESQ.
Counsel for Plaintiff

6

ELECTRONICALLY FILED
WOOD COUNTY COMMON PLEAS COURT
Friday, January 15, 2021 3:29:45 PM
2021CV0021 - Joel M Kuhlman
DOUGLAS F. CUBBERLEY
CLERK OF COURTS WOOD COUNTY OHIO

# COURT OF COMMON PLEAS, WOOD COUNTY OHIO

## Civil Rule 4.7 - Praecipe for Waiver of service

**CEDRIC MCCOY**

vs.

**LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.**

Case Number: 2021CV0021

Judge: Joel M Kuhlman

## Praecipe to Clerk for Service

(Additional security for costs may be required)

_____ **Do NOT serve party listed below - Civ. R. 4.7 Waiver of Service Requested**

Waivers of Service are **not** permitted for Civil Protection Orders issued pursuant to Civil Rule 65.1

_____

__X__ **Please select only ONE method per Praecipe below for service to be issued:**

☐ No Service

☐ Service by Sheriff:
(Foreign service $20.00 deposit is required for each service)
  ☐ Personal or      ☐ Residential

☑ Certified Mail, return receipt requested

☐ Service by Process Server
Name of Process Server: _____

☐ Registered Mail

☐ Commercial Carrier: _____

☐ Ordinary U.S. Mail with Certificate of Mailing

**Using above selected method, please serve the below named party at the address indicated:**

Love's Travel Stops & Country
Stores, Inc.
c/o CT Corporation System
4400 Easton Commons Way,
Ste. 125
Columbus, OH 43219

Requested By:
Attorney: Steven M Recht (64734)

ELECTRONICALLY FILED
WOOD COUNTY COMMON PLEAS COURT
Friday, January 15, 2021 3:29:45 PM
2021CV0021 - Joel M Kuhlman
DOUGLAS F. CUBBERLEY
CLERK OF COURTS WOOD COUNTY OHIO

# IN THE COURT OF COMMON PLEAS OF WOOD COUNTY, OHIO

**CEDRIC MCCOY**

vs.

**LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.**

Case No. 2021CV0021

## CIVIL

### CASE DESIGNATION FORM

Has this case been previously filed and dismissed? __ NO __
If yes, list Case No. and Judge: __ N/A __
List Pending or related cases: __ N/A __

### ***CATEGORIES***

_____ **FORECLOSURES**
(e.g. real estate, Personal property)

_____ **OTHER CIVIL**
(e.g. promissory note defaults, fraud, contract disputes)

__X__ **OTHER TORT**
(e.g. auto accidents, personal Injuries, intentional act)

_____ **WORKER'S COMPENSATION**

☐ State Funded

☐ Self-Insured

_____ **ALL OTHERS**

_____ **ADMINISTRATIVE APPEAL**
(e.g. agency appeals)

_____ **PROFESSIONAL TORT**
(e.g. medical/legal malpractice)

_____ **PRODUCT LIABILITY (TORT)**

_____ **VIOLATION OF ANTI-PREDATORY LENDING LAW**

_____ **CERT. OF QUALIFICATION OF EMP. [MISC. CIVIL CQE]**

**I CERTIFY** that to the best my knowledge the within case is not related to any now pending or previously filed case, except as noted above.

Also, do you consider this case
**COMPLEX LITIGATION**, pursuant to
C.P. Sup. Rule 42 \_\_\_ No \_\_\_

/s/ STEVEN M RECHT

By: _____

STEVEN M RECHT (64734)
PO Box 841 3405 Main Street Weirton WV 26062
Telephone 340-748-5850
Fax: 340-748-6019
smr@rechtlaw.com

# COURT OF COMMON PLEAS, WOOD COUNTY OHIO
## SUMMONS ON COMPLAINT
Rule 4 1970 Ohio Rules of Civil Procedure

**Case Number: 2021CV0021**
Judge Joel M Kuhlman
Cedric McCoy vs. Loves Travel Stops & Country Stores Inc

Cedric McCoy
2816 Washington Street Apt C
Camden NJ 08105      Plaintiff

vs.

Loves Travel Stops & Country Stores Inc
c/o CT Corporation System
440 Easton Commons Way Ste 125
Columbus OH 43219      Defendant

To the above named defendant:
    You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in Wood County Court of Common Pleas, Wood County Courthouse, Bowling Green, OH 43402, by the Plaintiff(s) named herein.
    You are required to serve upon the Plaintiff(s) attorney, or upon the Plaintiff if he/she has no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this Court within three days after service on Plaintiff(s) attorney.
    The name and address of the Plaintiff(s) Attorney is as follows:

        Steven M Recht 64734
        Recht Law Offices
        PO Box 841
        Weirton WV 26062
        (340)-748-5850

    If you fail to appear and defend within 28 days, judgment by default will be taken against you for the relief demanded in the complaint.
    I, Douglas F. Cubberley, Clerk of the Court of Common Pleas, hereby certify that the attached is a true copy of the original papers filed in the above-entitled case.

**Douglas F. Cubberley**
**Clerk of Courts**

By: _____
        **Deputy Clerk**

January 20, 2021
Tracking Number: N0 0000 0000 0000 4505 0      VSC.DOC

**UNITED STATES POSTAL SERVICE**

Date Produced: 01/25/2021

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8300 0030 1758 76. Our records indicate that this item was delivered on 01/22/2021 at 12:20 p.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

LOVES TRAVEL STOPS & COUNTR
C/O CT CORPORATION SYSTEM
440 EASTON COMMONS WAY STE 125
COLUMBUS OH 43219

| | |
|---|---|
| Customer Reference Number: | C2473139.14224111 |
| Return Reference Number | 2021CV0021 N 000 045 050 |